```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RECOVERCARE, LLC, and              :
CAMBRIDGE TECHNOLOGIES, INC.,      :
                                   :
          Plaintiffs,              :   CIVIL ACTION
                                   :
     v.                            :   No. 09-cv-2911
                                   :
JOHN FAIRWEATHER,                  :
                                   :
          Defendant.               :
```

**ORDER**

      AND NOW, this  1st  day of September, 2009, upon consideration of Defendant's Motion to Dismiss, or alternatively for Summary Judgment (Doc. No. 7), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is DENIED.

                                                     BY THE COURT:


                                                     <u>s/J. Curtis Joyner</u>

                                                     J. CURTIS JOYNER, J.